JANUARY 21, 1992

No. 91–907. DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK ET AL. *v.* MILHELM ATTEA & BROS., INC., ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oklahoma Tax Comm'n* v. *Citizen Band of Potawatomi Tribe of Okla.*, 498 U. S. 505 (1991).

No. ———. BLUESTEIN ET AL. *v.* GROOVER ET AL.; and

No. ———. NUSS *v.* OFFICE OF PERSONNEL MANAGEMENT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–277 (91–963). COLORADO *v.* GARCIA. Sup. Ct. Colo. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–353. MICELI, AKA GUAGLIERI *v.* GUAGLIERI. Sup. Ct. N. J. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.